**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01040-LTB-CBS

BOULDER PLAZA RESIDENTIAL, LLC,

      Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS n/k/a TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.
_____

ORDER OF DISMISSAL
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 3 - filed March 9, 2007), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:


                    s/Lewis T. Babcock_____
                    Lewis T. Babcock, Chief Judge

DATED:   March 12, 2007